March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

    Ivan Morgan    Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

22 -CR- 185 (JGK) ( )

Defendant __Ivan Morgan__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

✓ Status and/or Scheduling Conference

___ Plea/Trial/Sentence

_Ivan Morgan_ (signature)
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Ivan Morgan
Print Defendant's Name

_Raoul Zaltzberg_ (signature)
Defense Counsel's Signature

Raoul Zaltzberg
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

4/5/22
Date

_(signature)_
U.S. District Judge/U.S. Magistrate Judge