# Raoul Zaltzberg, Esq.

Zaltzberg Law
5 Penn Plaza, 23rd Fl
New York, New York 1001

*Attorney at Law*

Raoul@ZaltzbergLaw.com

O: (212) 609-1344
P: (917) 244-4322
F: (212) 609-1345

April 6, 2022

The Hon. John G. Koeltl
United States Courthouse
500 Pearl Street
New York, NY 10007
By ECF

    Re:    *United States v. Ivan Morgan*, 22 Cr. 185 (JGK)

Dear Judge Koeltl,

    I represent Ivan Morgan in the above-referenced matter. I write with consent of the government to request a two-week extension to meet Mr. Morgan's bail conditions.

    On March 31, 2022, a $75,000 bond secured by two financially responsible persons along with other standard conditions of release was ordered by the Court. The Court ordered that one Mr. Morgan's co-signers had until April 7, 2022, to sign the bond and the other had until April 14, 2022. Due to the pandemic, my schedule, and the schedules of Mr. Morgan's potential co-signers, we are respectfully requesting an extension of time, until April 21, 2022, in order to facilitate Mr. Morgan's bond co-signers to fully provide the proper paperwork to the U.S. Attorney's Office and for them to sign the bond. Again, the government consents to this application.

    Thank you in advance for your consideration.

Sincerely,

/s/
Raoul Zaltzberg, Esq.

APPLICATION GRANTED
SO ORDERED

*/signature/*
John G. Koeltl, U.S.D.J.

4/7/22